UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                        Plaintiff,                    *Civil Action No.*

   -against-                                  **1:21-cv-00120-PKC-SJB**

NORTHECOMM, LLC,

                        Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that Plaintiff, LUC BURBON and Defendant NORTHECOMM, LLC hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

    Dated: March 8, 2021

                                                                             By:_____
                                                                             Bradly G. Marks
                                                                             The Marks Law Firm, PC
                                                                             175 Varick Street, 3rd Fl
                                                                             New York, NY 10014
                                                                             T:(646) 770-3775